Date: 01/17/11                                                                                                                Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-17018 - NIBLETT, ALBERT TILLMAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Credit Service Co.**<br>PO Box 1606<br>Ardmore, OK 73402 | 000006 | 117.00 | 4.08 |
| ---------- Remittance Total -------------- | | 117.00 | 4.08 |

*[signature]*
SUSAN MANCHESTER, Trustee

COURT1                                                                                    Printed: 01/17/11 12:30 PM   Ver: 16.01c