**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT COURT OF OKLAHOMA**

**IN RE:**

**NIBLETT, ALBERT TILLMAN**

**Debtor.**

**Case No. BK-09-17018-SAH**
**Chapter 7**

**TRUSTEE'S REPORT OF UNCLIMED FUNDS REMITTED TO THE COURT**

COMES NOW, Susan Manchester, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 remits all unclaimed from the above captioned bankruptcy case to the Court Clerk.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Roy D. Duelm** | 10 | $440.00 | $15.33 |
| **TOTAL:** | | | **$15.33** |

All checks made payable to the Court Clerk for deposit.

s/SUSAN MANCHESTER

SUSAN MANCHESTER, OBA #8825
1100 N. Shartel
Oklahoma City, Oklahoma 73103
(405) 278-8880
CHAPTER 7 TRUSTEE